## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Eric C. DeLuca,<br>Plaintiff<br>-vs-<br>Charles L. Ryan, et al.,<br>Defendants. | CV-13-1133-PHX-SRB (JFM)<br><br>**Order** |

On December 18, 2014, the Court directed the Arizona Department of Corrections to provide a service address for Defendant Anthony Barrios. (Order 12/18/14, Doc. 90.) The Court intended to direct Wexford Health Sources, Inc. to provide an address for service on Defendant Caron Grant-Ellis, but instead directed an address for Defendant Barrios. On December 29, 2014, Wexford apparently tried to comply with the letter of the Order, and provided an address for an Amy Barrios (Doc. 95), who is not a party to this action. The Court's error will be corrected, and Wexford will be required to provide an address for Defendant Caron Grant-Ellis, Acting Facility Health Administrator.

**IT IS THEREFORE ORDERED** pursuant to the subpoena power of the Court, that within fourteen days of the filing of this Order, Wexford Health Sources, Inc. shall file with the Court the last known address of Defendant Caron Grant-Ellis, Acting Facility Health Administrator. If the last known address is a home address, such filing shall be **UNDER SEAL AND *EX PARTE***.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward copies of this Order to Wexford Health Sources, Inc., c/o Corporation Service Company, 2338 W. Royal Palm Rd., Suite J, Phoenix, AZ 85021, and Attorney Brandi Blair, Jones, Skelton & Hochuli, PLC.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall again attempt service on Defendants Grant-Ellis at the address provided in response to this Order.

Dated: January 23, 2015

　　　　　　　　　　　　　　　　　　　　James F. Metcalf
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

13-1133o Order 15 01 22 re Address for Service.docx